**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7919**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

LEON NICHOLSON, JR.,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Chief District Judge.  (4:04-cr-00083-RBS-TEM-1)

Submitted: February 26, 2013        Decided: March 1, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leon Nicholson, Jr., Appellant Pro Se.  Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Nicholson, Jr., appeals the district court's order denying his pro se motion for specific performance of his plea agreement, and has filed a motion for a transcript at Government expense. We have reviewed the record and find no reversible error. Accordingly, we deny Nicholson's motion for a transcript at Government expense and affirm the district court's order. See United States v. Nicholson, No. 4:04-cr-00083-RBS-TEM-1 (E.D. Va. filed Oct. 12, 2012; entered Oct. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED